JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYMEYON VICTOR HILL, | No. ED CV 25-3595-JLS(E) |
| Plaintiff, | |
| v. | JUDGMENT |
| MONICA MONTOYA, ET AL., | |
| Defendants. | |

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated:  April 14, 2026

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE